## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,<br><br>　　*Plaintiffs,*<br><br>　　　　　v.<br><br>OASIS MEDICAL AND SURGICAL WELLNESS GROUP, LLC, RALPH DANIEL, P.A., KEITH JOHNSON, M.D., SUJAL PATEL, M.D., SAMUEL SCHENKER, M.D., SAMMY MASRI, M.D., and RALPH WHEELER, M.D.,<br><br>　　*Defendants.* | Civil Action No.: **2:20-cv-05832-CCC-ESK**<br><br><br><br>**NOTICE OF APPEARANCE** |

　　　　SHANNON CARROLL of Brach Eichler, LLC is admitted to practice in this Court and hereby enters her appearance on behalf of Defendants, Oasis Medical and Surgical Wellness Group, LLC, Ralph Daniel, P.A., Keith Johnson, M.D., Sujal Patel, M.D., Samuel Schenker, M.D., Sammy Masri, M.D., and Ralph Wheeler, M.D., in the above title action, and requests that copies in this action be served upon the undersigned.

Dated:  July 23, 2020

　　　　　　　　　　　　　　　　**BRACH EICHLER, LLC**

　　　　　　　　　　　　　　　　Shannon Carroll, Esq.
　　　　　　　　　　　　　　　　101 Eisenhower Parkway, Suite 201
　　　　　　　　　　　　　　　　Roseland, NJ 07068
　　　　　　　　　　　　　　　　scarroll@bracheichler.com
　　　　　　　　　　　　　　　　T:  (973) 228-5700
　　　　　　　　　　　　　　　　F:  (973) 618-5988